UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-534-GCM
(3:03-cr-134-GCM-4)

| | |
|---|---|
| MICHAEL STACEY, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

This matter is before the Court on Petitioner's Motion for Reconsideration, (Doc. No. 10), of the Court's prior Order denying Petitioner's Motion to Reopen his 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Court denied Petitioner's § 2255 Motion to Vacate on the ground that, in his written plea agreement, Petitioner waived the right to bring his claims in a 2255 motion to vacate. Petitioner then filed a motion to reopen on the ground that he had not been allowed to file a Reply before the Court denied his motion to vacate. This court denied the motion to reopen, noting that Petitioner did not have the absolute right to file a Reply. Petitioner's Motion for Reconsideration is denied, as he has not presented grounds as to why the Court should reconsider its denial of the motion to reopen.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, (Doc. No. 10, is **DENIED**.

Signed: August 14, 2014

Graham C. Mullen
United States District Judge